UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELISSA NORDSTROM | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. |
| | : | |
| GAB ROBINS NORTH AMERICA, INC. | : | MAY 11, 2009 |

## C O M P L A I N T

1.  This is an action for  brought by a citizen and resident of the State of against a citizen and resident of the State of New Jersey.  The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2.  Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3.  The plaintiff is an adult who resides in Moosup, Connecticut.

4. The defendant is a Delaware corporation having its principal place of business in Parsippany, New Jersey.  It conducts business in the State of Connecticut from offices located at 800 Connecticut Boulevard in East Hartford and its agent for service of process in the State of Connecticut is National Registered Agents, Inc., located at 12 Old Boston Post Road in Old Saybrook.

1

5.  The plaintiff is married to a Connecticut Correction Officer who, having been injured at work, has filed a Workers Compensation claim with the State of Connecticut.  The defendant is contesting that claim, in whole or in part, and has undertaken an extensive investigation of the plaintiff's husband which has extended over more than a year.

6.  Not satisfied with its investigation of the plaintiff's husband, and in a conscious effort to subject her husband to harassment so severe that he will unreasonably compromise or abandon his just claim, the defendant has undertaken, through its agents, a campaign of harassment directed not at the plaintiff's husband but at the plaintiff herself.  The defendant has undertaken this effort with full knowledge that the plaintiff is a completely innocent and uninvolved third party.

7.  The defendant on May 1, 2008, caused its agents to follow, pursue and videotape the plaintiff on Squaw Rock Road and on Route 6 in Sterling, Connecticut, for a period of approximately twenty minutes.

8.  In the late afternoon of May 2, 2008, the defendant caused its agents to follow, pursue and videotape the plaintiff on Route 6, Interstate Highway 395 and Interstate Highway 95 between Sterling, Connecticut, and Foxboro, Massachusetts, for a period of approximately one hour.

9.  On the morning of July 17, 2008, the defendant caused its agents to

2

follow, pursue and videotape the plaintiff on Ward Avenue between Sterling and Moosup, Connecticut, for a period of approximately thirty minutes.

10.  On the morning of April 1, 2009, the defendant stationed one of its agents outside the plaintiff's home to watch her for approximately one hour.

11.  On the morning of April 2, 2009, the defendant again stationed one of its agents outside the plaintiff's home to watch the plaintiff for approximately one hour.

12.  On April 10, 2009, the defendant stationed one of its agents outside the plaintiff's home for the entire day to watch the plaintiff.

13.  The defendant has conducted the activities described above openly so that the plaintiff will be aware that she is being watched and chased and photographed, for the purpose of frightening and terrifying the plaintiff in order through her to intimidate her husband.

14.  The defendant has conducted the activities described above for the purpose of inflicting emotional distress upon the plaintiff and with the knowledge that the plaintiff, and any person of ordinary sensibilities similarly situated to the plaintiff, will suffer as a result emotional distress so severe that medical attention may be required.

15.  The conduct of the defendant described above is extreme and outrageous.

3

16.  As a result of the defendant's actions, the plaintiff has suffered severe emotional distress requiring medical attention.

17.  In the manner described above, the defendant has negligently inflicted severe emotional distress upon the plaintiff.

18.  In the manner described above, the defendant has intentionally inflicted severe emotional distress upon the plaintiff.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages and costs.

**_The plaintiff claims trial by jury._**

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax:  203.776.9494
jrw@johnrwilliams.com
Her Attorney

4