UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MELISSA NORDSTROM                    :
                                     :
VS.                                  :        NO. 3:09cv771(RNC)(DFM)
                                     :
GAB ROBINS NORTH AMERICA, INC. :        MAY 3, 2012

## NOTICE OF SETTLEMENT

The parties hereby notify the court that this case has settled.  The parties respectfully request thirty (30) days to file the appropriate documents.

THE PLAINTIFF

BY:_____/s/_____
            JOHN R. WILLIAMS (ct00215)
            51 Elm Street
            New Haven, CT 06510
            203.562.9931
            Fax:  203.776.9494
            jrw@johnrwilliams.com
            Her Attorney

1

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS